[No. 7307-9-I. Division One. June 16, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER
WILLIAM KINTNER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86304, Gerard M. Shellan, J., entered January
19, 1979. *Affirmed* by unpublished opinion per James,
A.C.J., concurred in by Swanson and Andersen, JJ.

[No. 7311-7-I. Division One. June 16, 1980.]

GEORGE H. CRONE, *Appellant,* v. KING COUNTY,
*Respondent.*

Appeal from judgments of the Superior Court for King
County, Nos. 812942, 825879, Frank J. Eberharter, J.,
entered December 28, 1978. *Affirmed* by unpublished opin-
ion per Andersen, J., concurred in by James, A.C.J., and
Dore, J.

[No. 7408-3-I. Division One. June 16, 1980.]

ROBERT L. PREVETTE, *Appellant,* v. WILLARD H. NALAND,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 801858, Norman W. Quinn, J., entered Janu-
ary 30, 1979. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by James, A.C.J., and Dore, J.

[No. 7595-1-I. Division One. June 16, 1980.]

*In the Matter of the Marriage of* JOAN MARIE
LANG, *Appellant, and* RICHARD JOHN
LANG, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D-111467, Stephen M. Reilly, J., entered April
9, 1979. *Affirmed* by unpublished opinion per Dore, J., con-
curred in by Callow, C.J., and Durham-Divelbiss, J.